# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) ) ) ) ) ) ) | Bankruptcy Case No. 19-00828 – SMT |
|  |  | Chapter 13 |
| JASPREET ATTARIWALA, |  |  |
| Debtor. |  |  |

## NOTICE OF DEPOSITION DUCES TECUM

**PLEASE TAKE NOTICE** that BioConvergence LLC, d/b/a Singota Solutions ("Singota") by its undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this contested matter pursuant to Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, will take the oral deposition of the following named individual on the date and time indicated below, before a notary public or any other such person authorized to take his/her place pursuant to Rule 28 of the Federal Rules of Civil Procedure and will be recorded stenographically:

NAME:   Jaspreet Attariwala
        1390 Kenyon Street, NW
        #323
        Washington, DC 20010

DATE:   Wednesday March 11, 2020

TIME:   12:00 P.M.

PLACE:  Whiteford, Taylor & Preston L.L.P.
        111 Rockville Pike
        Suite 800
        Rockville, MD 20852



DEPOSITION EXHIBIT #1  3/11/2020

This deposition is to last from day to day until completed. The deponent is to bring with her the documents identified on **Exhibit A** attached hereto.

Date: March 4, 2020

/s/ Nelson C. Cohen
Nelson C. Cohen
Whiteford Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20852
ncohen@wtplaw.com
(301) 804-3618

/s/ Stephen Gerald
Stephen Gerald
Whiteford, Taylor & Preston L.L.P.
7 St. Paul Street
Baltimore, MD 21202
sgerald@wtplaw.com
(302) 357-3282

*Attorneys for BIOCONVERGENCE LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of March, 2020, a copy of the foregoing Notice of Deposition Duces Tecum was sent via email and by First Class U. S. Mail, postage prepaid to:

David E. Lynn
David E. Lynn, P.C.
15245 Shady Grove Road, Suite 465 N
Rockville, MD 20850

/s/ Nelson C. Cohen
Nelson C. Cohen

## **EXHIBIT A TO NOTICE OF DEPOSITION DUCES TECUM**

DEFINITIONS AND INSTRUCTIONS

This Request is subject to the following definitions and instructions.

A. "Documents" is used in its broadest possible sense and means any writing or record of any type or description whatsoever, whether sent or received or not, and whether created by you or not, including, but not limited to, agreements, correspondence, letters, telegrams, cables, messages, tapes, films, photographs, interoffice communications, memoranda, reports, records, accounts, ledgers, journals, balance sheets, income statements, financial records, bills of sale, purchase orders, invoices, bills of lading, checks, receipts, minutes, minutes of meetings, instructions, specifications, notes, notations, workpapers, notebooks, diaries, papers, appointment books, telephone logs, photocopies, plats, plans, drawings, sketches, maps, models, charts, surveys, blueprints, descriptions, motion pictures, recordings, published or unpublished speeches or articles, publications, transcripts of telephone conversations, interviews, statements or any other retrievable data (whether encarded, taped or coded, electrostatically, electromagnetically or otherwise) -- in your possession, custody or control or known to you -- wherever located, however produced or reproduced, whether an original, copy or reproduction or facsimile (including, but not limited to, carbon, handwritten, typewritten, microfilmed, photostatic or xerographic copies), and including any non-identical copy (whether different from the original because of any alterations, notes, comments or other material contained thereon or

3

attached thereto, or otherwise), regardless of its author or origin -- together with any attachment thereto or enclosure therewith.

    B.    You and "your" means the party or parties to whom this Request is directed in this contested matter, as well as that party(s) agents, employees, representatives or attorneys.

    C.    "Relate to," when used in connection with any request for a document or category of documents, means recordings, summarizing, digesting, referring to, commenting upon, describing, consisting of, reporting, listing, analyzing, studying, evidencing or otherwise discussing in any way the subject matter identified in a request.

    D.    "Communication" or "communications" includes, without limitation, any oral communication, whether transmitted in meetings, by telephone, email, telegraphs, telex, cable, tape recording, or otherwise, and all written communication.

    E.    The use herein of the words "and" and "or" shall include "and/or".

    F.    The use herein of the singular shall include the plural and the use of the plural shall include the singular.

    G.    The use of the words "person" or "persons" shall include individuals (including directors, officers, employees, representatives and agents), associations, partnerships, corporations and divisions of corporations.

    H.    If a request asks for documents which no longer exist, then in response to such request: identify each such document; identify all information that was contained in each such document; state the date when each such document ceased to exist; state what happened that caused each such document to cease to exist; state why each such document was caused to, or happened to, cease to exist; state the time periods during

which such types of documents were maintained; identify each person having knowledge of the circumstances under which each such document ceased to exist; and identify each person having knowledge of each such document and state the substance of said knowledge.

    I.    These requests are continuing in character so as to require you to file a supplementary response if you obtain further documents before the hearing in this contested matter.

    J.    If any documents identified as responsive to a Request are no longer in your possession, custody or control because of destruction, loss or any other reason, then, with regard to each and every document: identify each such document; identify all information that was contained in each such document; state the date when each such document ceased to exist; state what happened that caused each such document to cease to exist; state why each such document was caused to, or happened to, cease to exist; state the time periods during which such types of documents were maintained; identify each person having knowledge of the circumstances under which each such document ceased to exist; and identify each person having knowledge of each such document and state the substance of said knowledge.

    K.    If a request for production or portion of request for production is objected to, state specifically the basis for the objection or partial objection. In the case of a partial objection, you are requested to answer that portion of the request which is not objected to.

    L.    The time period covered by this request is January 1, 2018, to the date of production.

## DOCUMENTS TO BE PRODUCED

REQUEST NO. 1:   All documents which support or in any way relate to your Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (DE 26).

REQUEST NO. 2:   All documents which support or in any way relate to your Chapter 13 Plan (DE 27).

REQUEST NO.3:   All documents which in any way relate to your assets whether owned by you or with any other person or entity.

REQUEST NO 4:   All financial statements issued by you within the last three years.

REQUEST NO.5:   Your Federal and State income tax returns for the years 2017, 2018 and 2019.

REQUEST NO. 6:   All documents which in any way relate to your efforts to obtain employment from 2018 to present.

REQUEST NO. 7:   All documents which in any relate to your termination of employment from Emergent BioSolutions, Inc., to include, without thereby limiting, any document that provides for any severance benefits.

REQUEST NO. 8:   All documents which in any way relate to the assets, investment in or income or distributions you have received from HoneyJi.

REQUEST NO. 9:   All documents which in any way relate to the reasons for commencing your bankruptcy case or the timing for the filing of same.

REQUEST NO. 10:   All documents upon which you intend to rely in support of the confirmation of your Chapter 11 Plan.

REQUEST NO. 11:   All policies of insurance, to include, without thereby limiting, all riders or endorsements, for any personal property owned by you, whether individually of jointly with any other person.

6