UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JASPREET KAUR ATTARIWALA<br>  AKA JASPREET K. ATTARIWALA<br>  AKA JASPREET K. SAINI<br>  AKA JESSIE ATTARIWALA<br>  DBA  HONEY JI<br>  AKA JASPREET SAINI<br><br>           Debtor | Chapter 13<br>Case No. 19-00828-ELG |

### CALIBER HOME LOANS, INC.'S LIMITED OBJECTION TO MOTION FOR APPROVAL OF LOAN MODIFICATION

NOW COMES the Creditor, Caliber Home Loans, Inc. ("Creditor"), by and through its attorneys, Orlans PC and hereby objects to Motion for Approval of Loan Modification as follows:

1. Creditor holds a Note and a Deed of Trust secured by the Debtor's principal residence at 1390 Kenyon Street Northeast # 323, Washington, DC 20010 (the "Property").

2. The Debtor's Proposed Chapter 13 Plan intends to pay Creditor's claim directly and there is no pre-petition arrearage in Creditor's filed proof of claim (Pacer Claim Number 6). The Plan has not yet been confirmed.

3. On May 23, 2022, the Debtor filed the Motion for Approval of Loan Modification (the "Motion").  The Motion states, in part, that "[t]he effect of the Loan Modification is to extend the term of the Mortgage and, by doing so, to slightly reduce the monthly payment amount."  As Exhibit A to the Motion, a document is attached purported to be the loan modification and the proposed order submitted with the Motion states that the loan modification attached as Exhibit A is approved.

Craig B. Rule, Bar #1032659
Orlans PC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Attorneys for Caliber Home Loans, Inc.
crule@orlans.com

4. The document attached as Exhibit A to the Motion, however, is not a permanent loan modification agreement. Instead, it is just a <u>trial</u> loan modification agreement that could result in an offer of a permanent loan modification if the Debtor timely submits the three trial plan payments of $2,045.65 each due on May 1, June 1, and July 1, 2022. The "Modification Terms" on the third page of this document are only the *estimated* terms of the permanent loan modification that the Debtor may be offered if the trial payment plan is successfully completed.

5. Creditor does not object to the approval of the trial loan modification outlined in Exhibit A to the Motion, but any approval of a permanent loan modification is, at best, premature.

6. While the undersigned counsel is cognizant that the proposed order attached to the Motion relates back to Exhibit A, the language in the Motion itself implies that the Debtor is seeking Court approval of a permanent loan modification.

7. Consequently, Creditor requests, to resolve any ambiguity, that the Order entered explicitly provide only for an approval of the trial loan modification.

WHEREFORE Caliber Home Loans, Inc., by and through its attorneys prays that the Motion for Approval of Loan Modification be granted with any Order Approving the Motion to indicate that it is a trial loan modification that is being approved.

Date: June 6, 2022

Respectfully submitted,

＿/s/ Craig B. Rule＿＿＿＿＿＿＿＿＿＿＿
Craig B. Rule, Bar #1032659
Orlans PC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Attorneys for Caliber Home Loans, Inc.
crule@orlans.com

**CERTIFICATE OF SERVICE**

  The undersigned states that on June 6, 2022, copies of the foregoing Limited Objection to Motion for Approval of Loan Modification were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

David E. Lynn
15245 Shady Grove Road
Suite 465 N
Rockville, MD 20850
davidlynn@verizon.net
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Limited Objection to Motion for Approval of Loan Modification to the following non-ECF participants:

Jaspreet Kaur Attariwala
1390 Kenyon Street, N.W. #323
Washington, GA 20010
*Debtor*

             /s/ Craig B. Rule
             Craig B. Rule