Christopher C. Murray – Atty. No. IN0007
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
317-916-1300
christopher.murray@ogletree.com
Attorney for creditor – BioConvergence LLC d/b/a Singota Solutions

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| JASPREET ATTARIWALA, ) | Case No.: 19-00828-ELG |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| ) | |

## BIOCONVERGENCE LLC D/B/A SINGOTA SOLUTIONS LLC'S
## THIRD AMENDED WITNESS AND EXHIBIT RECORD

| Date<br>June 2, 2022 | Case or Adv. Pro. No.<br>**19-00828-ELG** | Operator* | Page Number |
|---|---|---|---|
| **Name of Witness** | **Brief Description of Testimony to be Elicited** | **Estimated Time to Elicit Testimony** | **Date Called*** |
| Sim J. Attariwala a/k/a Sim J. Singh | The reasons for Debtor's filing her bankruptcy petition; his assistance to Debtor in filing her bankruptcy petition; authentication of documents. | 1-2 hours | June 2, 2022 |
| Jaspreet Attariwala | The reasons for Debtor's filing her bankruptcy petition; authentication of documents. | 5+ hours | August 16. 2022 |
| David Lynn | (Contingent upon Ms. Attariwala's testimony regarding reliance on counsel) The reasons for Debtor's failure to disclose certain assets in her schedules and discovery | 1 hour | To be determined |

*For Court Use

| Exhibit Number* | Description | ID* | Date Admitted* |
|---|---|---|---|
| A. | 2-28-19 Temporary Restraining Order | | |
| B. | 3-4-19 Stipulated Preliminary Injunction Order | | |
| C. | 3-4-19 Agreed Order for Inspection of Computers and Electronic Information Storage Devices | | |
| D. | 3-4-19 Hearing Transcript | | |
| E. | 3-18-19 Supplemental Order Following Preliminary Injunction Hearing | | |
| F. | 4-16-19 Order Granting Motion to Show Cause Why Defendant Should Not Be Found In Contempt | | |
| G. | 4-17-19 Hearing Transcript | | |
| H. | 4-18-19 Hearing Transcript | | |
| I. | 12-17-19 Voluntary Petition for Individuals Filing for Bankruptcy | | |
| J. | Honey Ji's Canceled Checks | | |
| K. | 12-11-18 Emergent Offer Letter | | |
| L. | 12-4-19 Hearing Transcript | | |
| M. | 12-11-19 Certificate of Counseling | | |
| N. | 12-16-19 Order on December 13, 2019, Settlement Conference | | |
| O. | 12-31-19 Motion for Extension of Time to File Chapter 13 Plan, Schedules, Statement of Financial Affairs and | | |

| | | | |
|---|---|---|---|
| | Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income | | |
| P. | 1-12-20 Summary of Your Assets and Liabilities and Certain Statistical Information, Schedules A-J, Statement of Financial Affairs | | |
| Q. | 1-23-20 Summary of Your Assets and Liabilities and Certain Statistical Information, Schedules A-J, Statement of Financial Affairs | | |
| R. | 3-4-20 Notice of Deposition Duces Tecum for Jaspreet Attariwala | | |
| S. | March 20 Document Production | | |
| T. | 3-11-20 Deposition Transcript | | |
| U. | 7-17-20 Motion to Compel | | |
| V. | Chase Bank Statements (Redacted) | | |
| W. | 9-15-17 Caliber Home Loan Application | | |
| X. | 2019 Personal Tax Return | | |
| Y. | 2019 Honey Ji's Tax Return | | |
| Z. | Bank of America Statements | | |
| AA. | J.P. Morgan Money Market Statements | | |
| BB. | 8-18-21 Singh's Response and Objections | | |
| CC. | 7-29-21 Email re Singh's representation for bankruptcy | | |
| DD. | Citibank Statements Simranjit | | |

| | | | |
|---|---|---|---|
| EE. | 5-19-20 Supplemental Statement Pursuant to Rule 2016(b) | | |
| FF. | 10-9-20 Supplemental Statement Pursuant to Rule 2016(b) | | |
| GG. | 1-23-20 Amended Schedule | | |
| HH. | 8-4-21 Letter and Subpoena re Simranjit | | |
| II. | 9-10-21 Attariwala V I Dep Transcript | | |
| JJ. | 9-13-21 Attariwala V II Dep Transcript | | |
| KK. | 9-15-21 Attariwala V III Dep Transcript | | |
| LL. | 10-29-21 Privilege Log | | |
| MM. | March 2017 Email Chain re payment to Exhibition Housing Management | | |
| NN. | 4-15-19 Declaration of Rebecca Green with Exhibits | | |
| OO. | Client Questionnaire Bankruptcy | | |
| PP. | 05-31-2019 Jefferson letter | | |
| QQ. | Saini Appraisal | | |
| ==RR.== | ==Attariwala's 5-31-22 Production== | | |
| ==SS.== | ==9-29-21 Simranjit Attariwala dep transcript== | | |
| TT. | 5-6-19 Findings of Fact | | |
| UU. | 12-18-19 Preliminary Injunction - Federal | | |
| VV. | 12-18-19 Order Granting Preliminary Injunction – Federal | | |
| WW. | 12-17-19 Email from Jefferson that Attarwiala has filed bankruptcy | | |

| | | | |
|---|---|---|---|
| XX. | 12-18-19 Attariwala's Suggestion of Bankruptcy – Federal | | |
| YY. | 6-1-22 Schwartz email to Murray re Singh's deposition and providing responses to discovery questions | | |
| ZZ. | Claims Register | | |
| AAA. | 2/16/22 Amended Schedules | | |
| BBB. | 3-16-20 Amended Chapter 13 Plan | | |
| CCC. | Disclosures of Compensation of Attorney | | |
| DDD. | 5-10-19 Writ of Attachment | | |
| A CERTIFIED COPY | 2-28-19 Temporary Restraining Order | | |
| B CERTIFIED COPY | 3-4-19 Stipulated Preliminary Injunction Order | | |
| C CERTIFIED COPY | 3-4-19 Agreed Order for Inspection of Computers and Electronic Information Storage Devices | | |
| DDD CERTIFIED COPY | 5-10-19 Writ of Attachment | | |
| E CERTIFIED COPY | 3-18-19 Supplemental Order Following Preliminary Injunction Hearing | | |
| F CERTIFIED COPY | 4-16-19 Order Granting Motion to Show Cause Why Defendant Should Not Be Found In Contempt | | |

| | | | |
|---|---|---|---|
| N CERTIFIED COPY | 12-16-19 Order on December 13, 2019, Settlement Conference | | |
| TT CERTIFIED COPY | 5-6-19 Findings of Fact | | |
| UU CERTIFIED COPY | 12-18-19 Preliminary Injunction – Federal | | |
| VV CERTIFIED COPY | 12-18-19 Order Granting Preliminary Injunction – Federal | | |
| XX CERTIFIED COPY | 12-18-19 Attariwala's Suggestion of Bankruptcy – Federal | | |
| ==EEE== | ==2-1-19 Bank of America Statement== | | |
| FFF | 8-16-2022 53C01-1902-PL-000480 docket | | |
| GGG | 8-16-2022 1:19-cv-01745-SEB-MG docket | | |
| HHH | 8-16-2022 1:20-mc-00101-RC docket | | |
| III | 8-19-22 19-00828-ELG Docket | | |
| JJJ | 8-19-22 20-10014-ELG Docket | | |
| KKK | 4-17-19 53C01-1902-PL-480 Hearing Transcript | | |
| LLL | 4-18-19 53C01-1902-PL-480 Hearing Transcript | | |
| MMM | Email from R. Green to D. Lynn dated 2-19-20 | | |
| NNN | Email from R. Green to D. Lynn dated 5-20-20 (attachments omitted) | | |
| OOO | Email from D. Kistler to D. Lynn dated 9-11-20 and letter from C. | | |

|  |  |  |  |
|---|---|---|---|
|  | Murray to D. Lynn dated 9-11-20 |  |  |
| PPP | Email from N. Cohen to D. Lynn dated 5/12/2020 |  |  |
| QQQ | Email from N. Cohen to D. Lynn dated 8/31/2020 |  |  |
| RRR | Email from N. Cohen to C. Murray dated 9/1/2020 (attachments omitted) |  |  |
| SSS | Email from D. Lynn to N. Cohen dated 9/2/2020 |  |  |
| TTT | Email from N. Cohen to D. Lynn dated 10/1/2020 with proposed Order on Motion to Compel |  |  |
| UUU | Email from N. Cohen to D. Lynn dated 11/2/2020 |  |  |
| VVV | Letter from D. Lynn to N. Cohen dated 5/28/2021 |  |  |
| WWW | 10-14-20 Consent Order on Motion to Compel |  |  |
| XXX | 7-3-19 Case Management Plan |  |  |
| YYY | 8-21-20 Transcript of Evidentiary Hearing |  |  |
| ZZZ | 7-11-19 Jaspreet Attariwala Deposition Transcript |  |  |
| AAAA | 11-15-19 Green email to Murray |  |  |
| BBBB | 11-9-20 Order Granting Motion to Quash |  |  |

Date: August 19, 2022                    Respectfully Submitted,

/s/ *Christopher C. Murray*
Christopher C. Murray, Atty. No. IN0007
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
christopher.murray@ogletreedeakins.com

Brent C. Strickland, Bar No. 452880
Whiteford Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland  20852
ncohen@wtplaw.com
(301) 804-3618

*Attorneys for BioConvergence LLC d/b/a Singota Solutions*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on August 19, 2022, a copy of the foregoing was filed via CM/ECF, causing service upon all those requesting electronic service in this case.

/s/  *Christopher C. Murray*